by Google


# RE: Franco vs. Sanchez, COSA et al - 2015-CI-00039

1 message

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
02/4/2015 3:09:28 PM
KEITH E. HOTTLE
Clerk

**Dennis Drouillard, Attorney at Law** <dennisdrouillard@aol.com>     Wed, Feb 4, 2015 at 10:47 AM
To: Shawn Fitzpatrick <skf@fitzkoslaw.com>
Cc: "Deborah Klein (City Attorney)" <Deborah.Klein@sanantonio.gov>, Mark Sessions
<mark.sessions@strasburger.com>, Merritt Clements <merritt.clements@strasburger.com>

Hello Shawn:

Respectfully, we are just going to agree to disagree.

You may inform the Court of your position and submit a supplement to the Docketing Statement.

Thank you for your courtesies.

**Dennis J. Drouillard**

**Attorney at Law**

**Riverview Towers**

**111 Soledad, Suite 339**

**San Antonio, Texas 78205**

**(210) 299-7680 (T)**

**(210) 299-7780 (F)**

**(210) 392-9073 (C)**

DennisDrouillard@aol.com

**From:** Shawn Fitzpatrick [mailto:skf@fitzkoslaw.com]
**Sent:** Wednesday, February 04, 2015 9:50 AM


Exh 4

**To:** Dennis Drouillard, Attorney at Law
**Cc:** Deborah Klein (City Attorney); Mark Sessions; Merritt Clements
**Subject:** Re: Franco vs. Sanchez, COSA et al - 2015-CI-00039

Hello Dennis,

Please revise your docketing statement to reflect that no appealable order has yet been signed.

—

Shawn Fitzpatrick

FITZPATRICK & KOSANOVICH, PC

PO Box 831121

San Antonio, Texas  78283-1121

(210) 408-6793

skf@fitzkoslaw.com

On Tue, Feb 3, 2015 at 8:10 PM, Dennis Drouillard, Attorney at Law <dennisdrouillard@aol.com> wrote:

Counsel:

Before 5:00 p.m. today, I e-filed *Plaintiff Thelma Franco's Notice of Interlocutory Appeal* with the Bexar County District Clerk. I also e-filed *Plaintiff Thelma Franco's Request to Prepare the Clerk's Record* and *Plaintiff Thelma Franco's Request to Prepare the Reporter's Record.* You were served these filings earlier via e-file.

I just e-filed with the Fourth Court of Appeals a copy of the Notice of Appeal, together with a filing fee.

Attached herewith is an electronically signed copy of the Civil Docketing Statement that I will file with the Fourth Court tomorrow.

Thank you for your continued courtesies.

**Dennis J. Drouillard**

**Attorney at Law**

**Riverview Towers**

**111 Soledad, Suite 339**

**San Antonio, Texas 78205**

(210) 299-7680 (T)

(210) 299-7780 (F)

(210) 392-9073 (C)

DennisDrouillard@aol.com